FRANK H. EWING v. DOROTHY F. STEVENS.[1]

April 16, 1926.

Nos. 25,170, 25,171.

PER CURIAM.
This case is affirmed on the authority of the opinion in Ewing v. Paul Swenson, supra, page 113.

Order affirmed.

[1]Reported in 208 N. W. 648.